UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

IN RE:

E. MARTIN DE LUCA AND BOIES SCHILLER FLEXNER LLP FOR AN ORDER TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING UNDER 28 U.S.C. § 1782.

---------------------------------------------------------------------------x

26-MC-516 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On October 19, 2026, Applicants E. Martin De Luca and Boies Schiller Flexner LLP filed an application pursuant to 28 U.S.C. § 1782 for an order compelling discovery for use in a foreign proceeding (the "Application"). *See* ECF No. 1.[1] Although the Court has authority to address the Application *ex parte*, *see Gushlak v. Gushlak*, 486 F. App'x 215, 217 ("[I]t is neither uncommon nor improper for district courts to grant applications made pursuant to § 1782 *ex parte*."), the Court declines to do here. Accordingly, Applicants shall serve on Respondents a copy of the Application and supporting papers, together with a copy of this Order, no later than **November 2, 2026,** and file proof of such service on the docket. In addition, Applicants shall serve those same papers on the parties against whom the requested discovery is likely to be used — **by the same date**, also filing proof of service on the docket. *See Application of Sarrio, S.A.*, 119 F.3d 143, 148 ("[T]he ultimate targets of a § 1782 discovery order issued to third parties have standing to challenge the district court's power to issue a subpoena under the terms of an authorizing statute." (internal quotation marks omitted)). Respondents and other interested parties shall file any opposition to this Application no later than **two weeks from the date on which they are served**. Applicants' reply, if any, shall be due **one week from the date upon which the opposition is filed**.

If the parties believe that a conference would be helpful, either before or after the matter is fully briefed, they shall so advise the Court by letter.

SO ORDERED.

Dated: October 27, 2026
New York, New York

JESSE M. FURMAN
United States District Judge

---

[1] The undersigned previously denied a request for similar discovery, albeit without prejudice to a new application by De Luca and Boies Schiller Flexner LLP. *See In Re Application of Yulia Guryeva Motlokhov for an Order Seeking Discovery Pursuant to 28 U.S.C. § 1782*, No. 25-MC-98 (JMF), 2026 WL 2566461 (S.D.N.Y.), at *2-3 (S.D.N.Y. Aug. 31, 2026). By coincidence, this new application was assigned to the undersigned as well.