UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF E. MARTIN DE LUCA and BOIES SCHILLER FLEXNER LLP FOR AN ORDER SEEKING DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 26-mc-516 (JMF) |

# NOTICE OF UNOPPOSED MOTION TO INTERVENE

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Interested Parties Yuksel Yildirim (a.k.a. Robert Yuksel Yildirim) and Yilport Holding A.S. hereby move this Court, before the Honorable Jesse M. Furman, United States Judge for the Southern District of New York for an order, pursuant to 28 U.S.C. § 1782 and Rule 24 of the Federal Rules of Civil Procedure:

1) permitting movants to intervene in the above-captioned proceedings; and

2) granting such further relief as the Court deems proper and just.

Respectfully submitted this 23rd day of November, 2026.

**HUNTON ANDREWS KURTH LLP**

/s/ Patrick L. Robson
Patrick L. Robson
200 Park Avenue, 52nd Floor
New York, NY 10166
probson@hunton.com
Tel: (212) 309-1000
Fax: (212) 309-1100

*Attorneys for Interested Parties and Proposed Intervenors Yuksel Yildirim (a.k.a. Robert Yuksel Yildirim) and Yilport Holding A.S.*

The unopposed motion of Yuksel Yildirim (a.k.a. Robert Yuksel Yildirim) and Yilport Holding A.S. to intervene is GRANTED. The Clerk of Court is directed to update the docket appropriately and to terminate ECF No. 28.

SO ORDERED.

November 24, 2026